# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

**CHUKWUMA E. AZUBUKO**              **JUDGMENT IN A CIVIL CASE**

V.

**JUDGE SUE L. ROBINSON,**
**et al.**                            CASE NUMBER: 5:08-CV-75(NPM/GJD)


[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF, dismissing this action in its entirety with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i)-(iii) and 28 U.S.C. §1406(a) as set forth in the Decision and Order of the Hon. Neal P. McCurn dated February 14, 2008.

DATED:   February 14, 2008          Lawrence K. Baerman, Clerk of Court

                                    /s/ Lawrence K. Baerman
                                    Clerk of Court


                                    By:   Marie N. Marra, Deputy Clerk